**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**GEORGE PEREZ**
**Reg. #17859-051**                                                                            **PLAINTIFF**

**V.**                                   **No. 2:09CV0017 BSM-BD**

**LINDA SANDERS,** *et al.*                                                                    **DEFENDANTS**

**JUDGMENT**

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

Dated this 17th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE